No. 94–6771. ABREGO v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 94–6772. BUSHERT v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–6781. FORSYTH v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 94–6782. GARNER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–6794. ADAIL v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 94–6797. ANJUM v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–6801. RODRIGUEZ-RONCANCIO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–6802. RODRIGUEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–6803. RIVAS-SABOGAL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–6804. MOSES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–6805. LEWIS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–6806. OWENS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–6818. KRUEGER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 93–9593. GENDRON v. UNITED STATES. C. A. 1st Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 94–655. INSURANCE COMPANY OF PENNSYLVANIA ET AL. v. EMPIRE FIRE & MARINE INSURANCE CO. ET AL. Dist. Ct. App. Fla., 3d Dist. Certiorari denied. JUSTICE BREYER took no